IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22CV194-KDB-DSC

| | |
|---|---|
| DIANA BARSANTI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEJANDRO MAYORKAS, et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit[s] [for Marissa A. Prianti]" (document #2) filed December 30, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: January 3, 2023

David S. Cayer
United States Magistrate Judge